THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:12cr40

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>(1) SENITA BIRT DILL and )<br>(2) RONALD JEREMY KNOWLES. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 26].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 26] is **GRANTED**, and the Bill of Indictment [Doc. 8] is hereby **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Senita Birt Dill and Ronald Jeremy Knowles.

**IT IS SO ORDERED.**

Signed: November 5, 2012

Martin Reidinger
United States District Judge